UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02093-ART-NJK<br><br>**ORDER** |

    Plaintiff failed to timely update his address. *See* Docket Nos. 53, 55. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

    Plaintiff has now filed a motion with the Court containing his new address. *See* Docket No. 54 at 1. Accordingly, the Clerk's Office is **INSTRUCTED** to update Plaintiff's address on the Docket to: **#84555, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, NV 89070**. Plaintiff is **ORDERED** to promptly file a notice of updated address with the Court in the event of future transfers.

    IT IS SO ORDERED.

    DATED: December 7, 2022.

                                        NANCY J. KOPPE
                                        UNITED STATES MAGISTRATE JUDGE