UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH PAUL BIRD, | Case No. 2:20-cv-02093-ART-NJK |
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

The Second Amended Complaint in this action was filed on September 13, 2021 (ECF No. 13). The Court issued a notice of intent to dismiss Thomas under Fed. R. Civ. P. 4(m) unless proof of service is filed by November 21, 2022. (ECF No. 52.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Thomas are dismissed without prejudice.

DATED this 10th day of August 2023.

_____
Anne R. Traum
United States District Court Judge

1