UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD,<br><br>　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:20-CV-02093-ART-NJK<br><br>ORDER SPREADING MANDATE AND GRANTING SUMMARY JUDGMENT |

　　　The above-entitled cause of action was appealed to the United States Court of Appeals for the Ninth Circuit. On March 13, 2025, the Court of Appeals issued its opinion (ECF No. 78) reversing this Court's order denying summary judgment and qualified immunity (ECF No. 64) and remanding to grant summary judgment to the Defendants. On August 11, 2025, the Court of Appeals issued its mandate. (ECF No. 79).

　　　Accordingly, this Court orders that the mandate be spread upon the records of this Court.

　　　It is further ordered that the stay on the case is LIFTED.

　　　It is further ordered that Defendants' Motion for Summary Judgment (ECF No. 49) is GRANTED.

　　　It is further ordered that the Clerk of Court (1) enter a judgment in favor of Defendants, and (2) CLOSE this case.

　　　DATED THIS 21st day of August, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1